IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01340-WYD-MEH

KILLER JOE NEVADA, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-20,

    Defendants.

## ORDER DISMISSING PARTY WITHOUT PREJUDICE

    THIS MATTER is before the Court on plaintiff, Killer Joe Nevada, LLC's, Notice Of Voluntary Dismissal Without Prejudice Of John Doe 3 Pursuant To Fed. R. Civ. P. 41(a)(1)(A) [ECF No. 13], filed on July 22, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, defendant, John Doe 3, should be dismissed without prejudice from this action.  Accordingly, it is

    ORDERED that defendant, John Doe 3, is **DISMISSED WITHOUT PREJUDICE** from this action.  It is

    FURTHER ORDERED that plaintiff, Killer Joe Nevada, LLC, **shall amend the case caption on future filings to reflect the dismissal of John Doe 3**.

Dated: July 22, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge