IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01340-WYD-MEH

KILLER JOE NEVADA, LLC, a California limited liability company,

    Plaintiff,

v.

JAYSON GOMEZ,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 19, 2013.**

    In the interest of justice, Plaintiff's Motion for Leave to Amend Complaint in Order to Identify Defendant John Doe 20 by Name [filed November 18, 2013; docket #33] is **granted**. The Clerk of the Court is directed to file the Second Amended Complaint located at docket #33-1. The Plaintiff shall serve the Defendant in accordance with Fed. R. Civ. P. 4 and all other applicable rules.